**WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN, LLP**



Andrew S. Lewner
Ext. 362
alewner@westermanllp.com

January 8, 2025

**By ECF**
Hon. Jennifer H. Rearden
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re: Vandelay Industries TTM LLC et al. v. Bitwise 10 Private Index Fund, LLC et al.;
       Case No. 1:24-cv-07554-JHR

Dear Judge Rearden:

    This firm represents Plaintiffs in the above-captioned action. I write to respectfully request a short, one week second extension of time to oppose Defendants' motion to dismiss (the "Motion") due to illness.

    Per Your Honor's Rule 2.E, Plaintiffs state the following: (i) Plaintiffs' opposition to the Motion is currently due to be filed on January 10, 2025; (ii) there has been one previous request for an adjournment which was granted; (iii) Plaintiffs request an extension of their time to oppose the Motion from January 10, 2025 to and including January 17, 2025; (iv) Plaintiffs make this request due to my contracting the Norovirus late last week. I am still out of the office and plan to return next week; (iv) counsel for Defendants have consented to this request; (v) the parties have agreed to a briefing schedule whereby Plaintiffs will file their opposition to the Motion by January 20, 2025 and Defendants will file their reply brief in response by February 7, 2025; and (vi) There are currently no scheduled appearances before the Court.

    If the requested extension and proposed briefing schedule meet with the Court's approval, we request that Your Honor "So Order" this letter motion. Plaintiffs thank the Court for its attention to this request.

Application GRANTED. The Court wishes counsel a speedy recovery. Plaintiffs shall file their opposition by **January 20, 2025**. Defendants shall file their reply by **February 7, 2025**.

The Clerk of Court is directed to terminate ECF No. 16.

Respectfully submitted,

/s/Andrew S. Lewner
Andrew S. Lewner

So Ordered the __8__ day of January, 2025

*Jennifer H. Rearden*

ATTORNEYS AT LAW     1201 RXR PLAZA, UNIONDALE, NY 11556
T:516.622.9200 | F: 516.622.9212 | WWW.WESTERMANLLP.COM

Hon. Jennifer H. Rearden, USDJ