UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VANDELAY INDUSTRIES TM LLC, VANDELAY INDUSTRIES KM LLC, VANDELAY INDUSTRIES AM LLC,

Plaintiffs,

v.

BITWISE HOLD 10 PRIVATE INDEX FUND, LLC, BITWISE 10 CRYPTO INDEX FUND f/k/a BITWISE HOLD 10 PRIVATE INDEX FUND, LLC, BITWISE ASSET MANAGEMENT, INC., BITWISE 10 CRYPTO INDEX FUND, BITWISE INVESTMENT ADVISORS, LLC, HUNTER HORSLEY, MATT HOUGAN, TEDDY FUSARO and JAMES FARRELL,

Defendants.

1:24-CV-07554-LTS

ORDER

The Court has received an email communication, copy attached below, from an individual identifying himself as Theodore Mukamal, whom the Verified Amended Complaint identifies as the manager of Plaintiff Vandelay Industries TM LLC. (Docket entry no. 3-1, at 42 ¶ 18.) The email includes an inquiry about the status of the case, including the pending motion to dismiss the Verified Amended Complaint. (See docket entry no. 10.) The motion to dismiss is under advisement, and the parties will be informed as soon as a decision has been reached. The Court appreciates the parties' patience.

Plaintiffs' counsel is directed to convey the foregoing information to Mr. Mukamal and to inform him that future communications with the Court are to be made through counsel.

SO ORDERED.

Dated: New York, New York
August 14, 2026

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

Outlook

**Kind Request for Case Status Update**

**From** Theodore Mukamal [redacted]
**Date** Wed 8/12/2026 9:03 AM
**To** NYSD Swain Corresp <SwainNYSDcorresp@nysd.uscourts.gov>

**CAUTION - EXTERNAL:**

Dear Clerks and Associates Team,

I am one of the plaintiffs in a case that is before Judge Swain. My family and I have been financially harmed by the plaintiffs who are a very wealthy and powerful crypto company that has used illicit tactics to defraud many investors.

We are very patiently waiting for justice from this court and Judge Swain, but we are kindly writing to see if there is any update in this case.

Unless I am mistaken, there has been zero movement in the case whatsoever since February 2025 - 18 months ago.

Docket *No.: 1:24-cv-07554-JHR*
Vandelay Industries et al v. BITWISE et al.

I am a full time graduate student. My mother is a retired nurse, and my brother is newly married and saving for his first home. We are all hoping for justice from this court so that we can please move on with our lives, but the case has moved extremely slowly.

We appreciate any update from you and thank you for your kind work on this matter.

Sincerely, Theodore Mukamal

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.